**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL KITT, an individual,<br><br>       Plaintiff,<br><br>   vs.<br><br>FCA US LLC,<br><br>       Defendants. | Case No.: 5:21-cv-01634 JFW (SHKx)<br><br>**ORDER TO FILE FIRST AMENDED COMPLAINT AND REMAND MATTER TO RIVERSIDE COUNTY SUPERIOR COURT** |

**ORDER**

HAVING CONSIDERED THE PARTIES' JOINT STIPULATION TO FILE FIRST AMENDED COMPLAINT AND REMAND MATTER TO RIVERSIDE COUNTY SUPERIOR COURT, the Court finds good cause therefor and hereby ORDERS:

Plaintiff DANIEL KITT is granted leave to file his First Amended Complaint, attached as "Exhibit 1" to the Parties' Joint Stipulation.

Upon the filing of Plaintiff's First Amended Complaint, this entire case is remanded to the Superior Court of the State of California for the County of Riverside.

IT IS SO ORDERED.


**DATED:  November 23, 2021**
                                       _____

                                       HONORABLE JOHN F. WALTER
                                       UNITED STATES DISTRICT COURT JUDGE

**PROOF OF SERVICE**